IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID L. COOLEY, JR.**                                                                                             **PLAINTIFF**

**v.**                                                                       **CIVIL ACTION NO. 1:21-cv-078-TBM-RPM**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL SECURITY**                                                      **DEFENDANT**

## FINAL JUDGMENT

Before the Court is United States Magistrate Judge Robert P. Myers' Report and Recommendation [15] entered on July 12, 2022. For the reasons given in the Order adopting the Report and Recommendation [15], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

IT IS, ORDERED AND ADJUDGED, that this matter is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation [15].

This, the 29th day of July, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE